

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLIVIA ELVA URIBE,<br><br>Defendant. | Case No. 2:17-CR-00018-CAS-3<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On July 7, 2021, Defendant Olivia Elva Uribe ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:19-CR-00018-CAS-3. The Court appointed David Robert Reed of the CJA Panel to represent Defendant, but on this occasion, Oliver Cleary made a special appearance representing Defendant.

///

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A.　☒　Defendant submitted to the Government's Request for Detention;

B.　☒　Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Unverified background;
- No bail resources;
- Nature of present allegations.

C.　☒　Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- New arrests and convictions while on supervised release;
- Patterns of similar criminal activity;
- Extensive criminal history.

///
///
///
///
///
///
///
///

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: July 7, 2021

                                          /s/
                            MARIA A. AUDERO
                            UNITED STATES MAGISTRATE JUDGE